

# NUMBER 13-22-00069-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JAMES P. DIAMOND,                                                    Appellant,

v.

GABRIEL MUNOZ,                                                        Appellee.

## On appeal from the 275th District Court
## of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña**
**Memorandum Opinion by Justice Peña**

We previously granted appellant's unopposed motion to abate this appeal pending settlement negotiations. The parties have now filed a joint motion to dismiss this appeal. The parties request dismissal stating that they have negotiated a settlement.

The Court, having considered the parties' joint motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2)(A) (allowing the Court to "render judgment effectuating the parties' agreement"). Accordingly, we reinstate the appeal, grant the parties' joint motion to dismiss, and dismiss the appeal. In accordance with the joint motion, each party will bear its own costs and attorney fees. *See id.* R. 42.1(d). Because the appeal is dismissed at both parties' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
21st day of March, 2024.